IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLAINTIFF NO. 1, *et al.*,                )<br>                                                     )<br>         Plaintiffs,              )<br>                                                     )<br>   v.                                              )      Case No. 24-1734C<br>                                                     )      (Judge Eleni M. Roumel)<br>UNITED STATES OF AMERICA,  )<br>                                                     )<br>         Defendant.              ) | |

**PLAINTIFFS' STATUS REPORT**

By order dated October 25, 2024, the Court directed the parties to file a Joint Status Report "concerning the optimal protective order for this action." ECF 8. The government has not yet entered an appearance in the case. However, counsel for Plaintiffs contacted Tara Hogan, Assistant Director, Commercial Litigation Branch, U.S. Department of Justice. She represented that Defendant does not object to the terms of the protective order proposed by Plaintiffs attached as Exhibit C to Plaintiffs' Motion for Leave to File Complaint and for a Protective Order Permitting Plaintiffs to File Their Claims Anonymously. ECF No. 4–3. On that basis, the Plaintiffs request the Court adopt the protective order proposed by Plaintiffs.


OF COUNSEL:

Jules Bernstein
Bernstein & Lipsett, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 296-1798
(202) 496-0555 facsimile
chouse@bernsteinlipsett.com

Daniel M. Rosenthal
Alice C. Hwang

Respectfully submitted,

/s/ Linda Lipsett
Linda Lipsett
Bernstein & Lipsett, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 296-1798
(202) 496-0555 facsimile
chouse@bernsteinlipsett.com

*Attorneys for Plaintiffs*

James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 496-0500
(202) 496-0555 facsimile
dmrosenthal@jamhoff.com
achwang@jamhoff.com

Dated: November 1, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2024, a copy of the foregoing Plaintiffs' Status Report was electronically filed with the Clerk of the Court for the United States Court of Federal Claims, using the Court's CM/ECF system.

Dated: November 1, 2024

/s/Linda Lipsett
Linda Lipsett (Counsel of Record)